UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELVIN TORRES,AKS"CHUPPIE"                    :          CASE# 3:03CR-00132-RNC-ALL
                                             :                3:07-CV-743(RNC)
v.                                           :
                                             :
UNITED STATES OF AMERICA,                    :

MOTION TO RELEASE, AND PROCEED
WITH PETITIONER' 2255

Petitioner, Elvin Torres, pro Se, respectfully moves this Honorable Court to release the pending case and proceed foreward.

Petitioner, asked for the stay due to the fact that the Sentencing Commission amends the guidelines, and reduced the base offense level by two points concerning cocaine base/crack. Petitioner's at the time of filing the stay, did not know just how the new base offense would applied to 2255 or 3582. Accordingly, petitioner respectfully asks that this Honorable Court take under advisement during consideration of petitioner's 2255, the grave impact of the sentence under the new Amendment that will become in effect on March 3,2008.

Petitioner further apologize to this Honorable Court and the government for any hardship from this delay, and that such delay was not to handicap the government, but only to be able to amend the pending 2255 concerning November 1,2007, Cocaine base offense level.

FURTHER, I SAYTH NOT,      Respectfully submitted:

Elvin Torres, Reg.#15162-014
FCI Medium A'North

CERTIFICATE OF SERVICE

I, Elvin Torres, pro Se, petitioner herein, hereby swear that on this 24th, day of January, 2008, I caused to be mailed to the below party a true copy of this "MOTION TO RELEASE PENDING STAY" AND PROCEED WITH PETITIONER' 2255.

Raymond F. Miller
Assistant United States Attorney
157 Church Street
New Haven, CT 06510.

/s/ Elvin Torres
Elvin Torres
Reg.# 15162-014
FCI Medium A North
P.O.Box 90043
Petersburg, Va 23804