Elvin Torres
Reg # 15612-014
FCC Petersburg Camp
P. O. Box 90027
Petersburg, VA 23804

To: Clerk
United States of America
District Court of Connecticut
450 Main Street
Hartford, Connecticut 06103

RE: Elvin Torres v. United States of America    Case#3:03 cr 132(RNC)
                                                 #3:07 cv 743(RNC)

Please forward this my request to the Judge of the U.S. District Court of Connecticut.

I do hereby request that this Honorable Judge of the District Court of Connecticut appoint the Federal Public Defender to represent me in the above referenced cases.

This date I have forwarded copies of all documents in these cases to Mr. Thomas G. Dennis, Esq., Federal Public Defender, Hartford Square North, 10 Columbus Boulevard, Hartford, CT 06106.

I am also mailing a copy of this request to Raymond F. Miller, Assistant United States Attorney, 157 Church Street, New Haven, Connecticut 06103.

Respectfully Submitted,

*[signature]* 2/25/08

Elvin Torres