UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.:  3:03CR000132(RNC) |
| Vs. | : | |
| ELVIN TORRES | : | MARCH 25, 2008 |

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. SECTION 3582(c)(2)

      The Defendant, Elvin Torres, through counsel, hereby moves that this Court consider and reduce his term of imprisonment based upon a Guideline Sentencing Range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. Section 994(u).  In support of this Motion, the Defendant was sentenced on October 31, 2003.  At the time of his original sentencing, Mr. Torres was an Offense Level 33, Criminal History I with a Sentencing Guideline Range of 135 to 168 Months.  The Defendant was sentenced for Conspiracy to Possess with Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base (crack cocaine) to 135 Months.

      Under the revised Guideline Calculation, the Defendant, Elvin Torres, would be an Offense Level 31, Criminal History I, with a Sentencing Range of 108 to 135 Months.  However, because the Defendant is subject to a statutory mandatory minimum provision, he cannot be sentenced below 120 Months.  Therefore, his Sentencing Range is now 120 to 135 Months.

Wherefore, the Defendant, respectfully requests that the Court, pursuant to 18 U.S.C. Section 3582(c)(2) and 28 U.S.C. Section 994(u) re-sentence Mr. Torres pursuant to his Revised Guideline Calculation.

                THE DEFENDANT: ELVIN TORRES

                BY:  /s/
                    David A. Moraghan, Esq.
                    Smith, Keefe, Moraghan & Waterfall
                    32 City Hall Avenue, Suite C
                    P.O. Box 1146
                    Torrington, CT 06790
                    (860) 482-7651
                    Federal Bar No.: ct00054
                    e-mail:  dam@skmwlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA : CRIMINAL NO.: 3:03CR00132(RNC)

Vs. :

ELVIN TORRES : MARCH 25, 2008

CERTIFICATION OF SERVICE

      I hereby certify that on March 25, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/
David A. Moraghan, Esq.
Smith, Keefe, Moraghan & Waterfall
32 City Hall Avenue, Suite C
P.O. Box 1146
Torrington, CT 06790
(860) 482-7651
Federal Bar No.: ct00054
e-mail: dam@skmwlaw.com