# UNITED STATES DISTRICT COURT
for the

_____ District of Connecticut _____

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ELVIN TORRES ) | Case No: 3:03CR132(RNC) |
| ) | USM No: 15162-014 |
| Date of Previous Judgment: November 3, 2003 ) | David A. Moraghan |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
❒ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   135 months   months **is reduced to**   120 months   .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   33           Amended Offense Level:   31
Criminal History Category:   I           Criminal History Category:   I
Previous Guideline Range:   135   to   168   months   Amended Guideline Range:   120   to   135   months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated   November 3, 2003   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   April 21, 2008                           /s/ RNC
                                                                        Judge's signature

Effective Date:   _____              Robert N. Chatigny, U.S. District Judge
         (if different from order date)                                 Printed name and title